NUMBER
13-00-342-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                           CORPUS
CHRISTI

____________________________________________________________________

 

R & R CONTRACTORS AND R & R 

OILFIELD SERVICES, INC.,                                       Appellants,

 

                                           v.

 

MARY TORRES, INDIVIDUALLY AND ON 

BEHALF OF THE ESTATE OF GREGORIO 

TORRES, JR., ET AL.,                                              Appellees.

____________________________________________________________________

 

                 On
appeal from the 319th 
District Court

                           of
Nueces County, Texas.

____________________________________________________________________

 

                              O
P I N I O N

 

                   Before
Justices Hinojosa, Yañez, and Castillo

Opinion
Per Curiam

 








Appellants, R & R CONTRACTORS AND R & R OILFIELD
SERVICES, INC., perfected an appeal from a judgment entered by the 319th District Court of Nueces County, Texas, in
cause number 95-5802-G. 
On June 27, 2002, this Court reversed the judgment of the trial court
and remanded the case for a new trial. 
The parties have now filed a joint motion to dismiss the appeal.  The parties state that they have entered into
a settlement agreement and general release that disposes of the controversy
made the basis of this suit.  The parties
request that the appeal be dismissed.

The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should be
granted.  The joint motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 26th
day of September, 2002.